**UNITED STATES of America, ex rel. Stephen M. SHEA, Appellant**

v.

**CELLCO PARTNERSHIP, Doing Business as Verizon Wireless, et al., Appellees.**

**No. 12–7133.**

United States Court of Appeals, District of Columbia Circuit.

July 17, 2015.

Mark London, Christopher Mead, Stuart Alan Berman, London and Mead, Washington, DC, for Appellant.

Brian Matthew Boynton, Seth Paul Waxman, Wilmer Cutler Pickering Hale and Dorr LLP, Washington, DC, for Appellees.

Before: SRINIVASAN, Circuit Judge, and EDWARDS and SENTELLE, Senior Circuit Judges.

### JUDGMENT

This cause came to be heard on remand from the Supreme Court of the United States, vacating this court's judgment and remanding for further proceedings in light of *Kellogg Brown & Root Services, Inc. v. United States, ex rel. Carter,* —— U.S. ——, 135 S.Ct. 1970, 191 L.Ed.2d 899 (2015). On consideration thereof, it is

**ORDERED and ADJUDGED** that the judgment of the District Court be vacated

and the case be remanded for further proceedings consistent with the Supreme Court's opinion in *Kellogg Brown & Root Services v. United States, ex rel. Carter.*

The Clerk is directed to issue the mandate forthwith.